**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed August 6, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00485-CV

---

**DAVID DAVIDSON, Appellant**

**V.**

**LOURA DAVIDSON, Appellee**

---

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-19141**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed March 11, 2024. On July 22, 2024, appellant filed a motion to "nonsuit" the appeal, which we construe as one for voluntary dismissal under Texas Rule of Appellate Procedure 42.1(a)(1). *See* Tex. R. App. P. 42.1. So construed, the motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.